AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

R. ALEXANDER ACOSTA,
Secretary of Labor, United States Department of Labor,

*Plaintiff*

v.   Civil Action No. 2:17-CV-0082-TOR

JAMES DEWALT, ET AL.,
*Defendant*

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☑ other: Defendants shall pay, or cause to be paid on their behalf, a total of $1,000,000.00 (the Settlement Amounty) to AIIN to be segregated and held in trust pending the Independent Fiduciary's appointment.
Defendants shall pay, or cause to be paid on their behalf, $200,000.00 (the "502(l) Payment") to the U.S. Department of Labor, representing a penalty assessed by the Secretary under ERISA § 502(l), 29 U.S.C. § 1132(l).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge  Thomas O. Rice  on Consent Order.
ECF No. 69.

Date: June 7, 2019

*CLERK OF COURT*

SEAN F. McAVOY

s/ Linda L. Hansen
*(By) Deputy Clerk*

Linda L. Hansen